RODOLPHUS E. NORTHRUP agt. WILLIAM WRIGHT.

On a motion for judgment as in case of nonsuit after stipulation, and the plaintiff shows that he is under an order to file security for costs, which he has been delayed in procuring, in consequence of the absence of plaintiff from the state, but expects to perfect such security and bring the cause to trial at the next circuit, he will be allowed to stipulate anew to try at the next circuit, on payment of costs of the motion.

*June Term,* 1846.

MOTION by defendant for judgment as in case of nonsuit after stipulation.

Venue in this cause laid in the city and county of New-

In the matter of Belknap.

York: issue joined September 23d, 1844. On the 24th of November, 1845, plaintiff's attorney gave to defendant's attorney a stipulation in writing, to bring the cause to trial at the first circuit after the month of December, 1845. The first circuit after December, 1845, commenced on the third Monday of March last: the plaintiff did not notice the cause for trial at that circuit, nor bring it to trial, and issues of a later date were tried in their regular order on the calendar. Another circuit court for the city and county of New-York commenced its session on the first Monday of May last; and the plaintiff did not notice the cause for trial at that circuit, nor bring the cause to trial, and issues of a later date were tried in their regular order on the calendar. On the part of the plaintiff, it appeared *from the affidavit of [*200] plaintiff's agent, James Kinsey, that he had the principal charge of the suit. The plaintiff was a citizen of and resided in the state of Connecticut; and in consequence of his absence from this state, he (the agent) had been much delayed in obtaining security for costs in the cause; the cause having been stayed until security should be filed, and he had not yet completed such security, but would be able to, and have the cause brought to trial without delay at the next circuit.

G. R. J. BOWDOIN, *defendant's counsel.*
JONATHAN MILLER, *defendant's attorney.*
J. EDWARDS, *plaintiff's counsel.*
WILLIAM S. SEARS, *plaintiff's attorney.*

JEWETT, Justice. Granted the motion, unless plaintiff stipulated to bring the cause to trial at the next circuit, and paid $10 costs of the motion.